**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. [SBN: 249203]
ak@kazlg.com
245 Fischer Ave, Ste. D
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**BLC LAW CENTER, APC**
Ahren A. Tiller [SBN: 250608]
ahren.tiller@blc-sd.com
1230 Columbia St., Ste. 1100
San Diego, CA 92101
Telephone: (619) 894-8831
Facsimile: (866) 444-7026

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MONICA ABBOUD, on behalf of herself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOTTA DOUGH, LLC d/b/a HOBOKEN PIE,<br><br>Defendant, | Case No.: 1:24-cv-00482-JRN<br><br>**NOTICE OF WITHDRAWAL OF ECF 26 AND ECF 27**<br><br>Honorable James R. Nowlin |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT MONICA ABBOUD, hereinafter referred to as "Plaintiff," herein WITHDRAWS (1) the Joint Joint Motion for Leave to Extend the Discovery Deadlines, filed as ECF 26 and (2) the Proposed Order thereon filed as ECF 27. ECF 26 and 27 contained typographical errors and corrected versions will be filed forthwith.

Dated: April 18, 2025,                                              Respectfully Submitted,

                                                               by:  */s/  Ahren A. Tiller*  
                                                                   Ahren A. Tiller, Esq.  
                                                                     (Pro Hac Vice)  
                                                                 BLC Law Center, APC  
                                                                 Attorney(s) for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Bradley B. Clark
State Bar No. 24040697
P.O. Box 143743
Austin, Texas 78714
Email: bradley@bradleybclark.com
Telephone: (512) 298-1735
Telecopier: (512) 298-1745

At the following emails addresses:

bradley@bradleybclark.com
lisa@bradleybclark.com

| | |
|---|---|
| Dated: April 18, 2025, | by: */s/ Ahren A. Tiller* <br> Ahren A. Tiller (Pro Hac Vice) <br> BLC Law Center, APC <br> Attorney(s) for Plaintiff and all those similarly situated. |